UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD SHANE CROW, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-00691-ACA-JHE |
| PAMELA CASEY, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

Plaintiff Ronald Shane Crow filed a *pro se* complaint alleging that Blount County District Attorney Pamela Casey violated his due process rights. (Doc. 1). On February 21, 2025, the magistrate judge entered a report recommending the court dismiss this action under 28 U.S.C. § 1915A(b)(1)–(2) for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant immune from such relief. (Doc. 7). Although the magistrate judge advised Mr. Crow of his right to file written objections within fourteen days and the consequences of failing to object (*id.* at 7), the court has not received any objections.

Mr. Crow's failure to file specific objections waives any challenge to the proposed findings and recommendations. See 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** this action

**WITHOUT PREJUDICE** in part for failing to state a claim upon which relief may be granted and in part for seeking monetary relief from a defendant who is immune from such relief.

The court will enter a separate final order.

**DONE** and **ORDERED** this April 7, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE